# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUGUST CARLO RODRIQUEZ-CASTILLO, | : : | 1:19-cv-1000 |
| Petitioner, | : : | Hon. John E. Jones III |
| v. | : : | |
| WARDEN CRAIG A. LOWE, | : | |
| Respondent. | : | |

## ORDER

**February 19, 2020**

NOW THEREFORE upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241 is GRANTED.

2. Within twenty-one days of the date of this ORDER, Petitioner shall be afforded an individualized bond hearing before an immigration judge.

3. The Clerk of is directed to CLOSE this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge